1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:25-cv-02264-WBS-CSK
     IN RE:  STEVEN WAYNE BONILLA
12                                                    No. 2:25-cv-02265-WBS-CSK

13                                                    No. 2:25-cv-02266-WBS-CSK

14                                                    No. 2:25-cv-02267-WBS-CSK

15                                                    No. 2:25-cv-02333-WBS-CSK

16                                                    No. 2:25-cv-02391-WBS-CSK

17                                                    No. 2:25-cv-02393-WBS-CSK

18                                                    No. 2:25-cv-02421-WBS-CSK

19

20

21                                                    **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

                                                    1

1    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2    the Court to open a new case for each attempted new pleading and assign it to the Court for

3    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

4    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

5         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

6    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

7         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02264, 2:25-cv-02265, 2:25-cv-

8    02266, 2:25-cv-02267, 2:25-cv-02333, 2:25-cv-02391, 2:25-cv-02393 and 2:25-cv-02421 are

9    DISMISSED; the Clerk of the Court is directed to close these cases.  No further filings will be

10   accepted.

11   Dated:  September 5, 2025

     WILLIAM B. SHUBB
12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]  The caption of 2:25-cv-02391 names the United States District Court for the Northern District
of California.  To the extent plaintiff intended to raise the claims raised in 2:25-cv-02391 in the
United States District Court for the Eastern District of California, this Court finds that the claims
raised in 2:25-cv-02391 are related to plaintiff's Alameda County criminal conviction.

2